# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Gordon P. Gallagher

Date: August 11, 2025
Courtroom Deputy: Emily Buchanan
Court Reporter: Megan Strawn

Criminal Action No. **25-cv-01917-GPG-TPO**        Counsel:

MIDIAN HOLMES,                                     Mari Newman
                                                   Andrew McNulty

    Plaintiff,

v.

CITY OF AURORA,                                    Gillian Fahlsing
                                                   Peter Schulte

    Defendant.

## COURTROOM MINUTES

**In Court Hearing**

**9:06 a.m.    Court in session.**

Appearances of counsel.

Pending before the Court is Plaintiff's Motion for Preliminary Injunction [Doc. 2].

Plaintiff conventionally submitted a video exhibit to the Clerk's Office in support of her Reply to the Motion for Preliminary Injunction.

Mr. McNulty advises the Court that Plaintiff sent Defendant a settlement demand but has not yet received a counteroffer. Plaintiff is ready to proceed with a one-day Preliminary Injunction Hearing in a couple of weeks and suggests combining the hearing with a trial.

Defendant believes Plaintiff's Motion for Preliminary Injunction is moot.

Defendant submits Exhibit B in support of its Response to Plaintiff's Motion for Preliminary Injunction.

**ORDERED:** Plaintiff shall file supplemental briefing on or before August 18, 2025.

**ORDERED:** Defendant shall file its Motion to Dismiss pursuant to Rule 12(b)(1) on or before 10:00 a.m. on August 25, 2025.

**ORDERED:** A Hearing on Plaintiff's Motion for Preliminary Injunction [Doc. 2]/Bench Trial is set for November 18 and 19, 2025 at 8:00 a.m. in Courtroom C202/Byron Rogers Courthouse before District Judge Gordon P. Gallagher. Parties shall deliver exhibits to the courthouse in Denver.

**9:20 a.m.**   **Court is adjourned. Hearing concluded.**

Total time in court: 00:14